UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELI APPLEBAUM,<br><br>            Plaintiff,<br><br>    v.<br><br>GERALD BARAD, *et al.*,<br><br>            Defendants. | Case No. 2:24-cv-00603-MMD-EJY |
| ELI APPLEBAUM,<br><br>            Plaintiff,<br><br>    v.<br><br>GERALD BARAD, *et al.*,<br><br>            Defendants. | *and related case*<br><br>Case No. 2:24-cv-00605-CDS-DJA<br><br>Reassignment Order |

Plaintiff Eli Applebaum and Defendant Gerald Barad filed joint notices of related cases in the above-referenced cases. (ECF No. 10 in Case No. 2:24-cv-00603-MMD-EJY and Case No. 2:24-cv-00605-CDS-DJA.) The presiding district judges have determined that these two cases are related and that there is good cause to reassign these cases to one district judge and one magistrate judge under Local Rule 42-1. Reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and not result in prejudice to the parties.

It is therefore ordered that Case No. 2:24-cv-00605-CDS-DJA is reassigned to District Judge Miranda M. Du and referred to Magistrate Judge Elayna J. Youchah. The Clerk of Court is directed to update Case No. 2:24-cv-000605-CDS-DJA to appear as Case No. 2:24-cv-00605-MMD-EJY.

DATED THIS 30th Day of April 2024.

_____          _____
MIRANDA M. DU                                               CRISTINA D. SILVA
CHIEF UNITED STATES DISTRICT JUDGE   UNITED STATES DISTRICT JUDGE