Spencer H. Gunnerson, Esq. (#8810)
s.gunnerson@kempjones.com
Madison S. Florance, Esq. (#14229)
m.florance@kempjones.com
**KEMP JONES, LLP**
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
T: (702) 385-6000
F: (702) 385-6001
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELI APPLEBAUM, as an individual,<br><br>               Plaintiff,<br><br>vs.<br><br>GERALD BARAD, an individual; ABS MAGIC ENTERPRISES, LLC, a Nevada limited liability company; and DOES 1 through 50, and ROES 1 through X, inclusive;<br><br>               Defendants. | Case No.: 2:24-cv-00603-MMD-EJY<br><br>*and related case* |
| ELI APPLEBAUM, as an individual,<br><br>               Plaintiff,<br><br>vs.<br><br>GERALD BARAD, an individual; ABS SILVERADO ENTERPRISE, LLC, a Nevada limited liability company; and DOES 1 through 50, and ROES 1 through X, inclusive;<br><br>               Defendants. | Case No.: 2:24-cv-00605-MMD-EJY<br><br>**ORDER GRANTING JOINT STIPULATION AND [Proposed] ORDER TO DISMISS RELATED CASES WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff ELI APPLEBAUM and Defendant GERALD BARAD, by and through their counsel of record, hereby stipulate and agree to the following:

1. That all claims by all parties relating to or arising from Case No. 2:24-cv-000603-MMD-EJY and Case No. 2:24-cv-000605-MMD-EJY are hereby dismissed with prejudice;
2. That each party shall bear their own attorneys' fees, costs, and expenses; and
3. That any pending dates or deadlines be vacated.

DATED this 14th day of June, 2024.                                DATED this 14th day of June, 2024.

Respectfully submitted by,

**KEMP JONES, LLP**                                               **FOX ROTHSCHILD LLP**

*/s/Spencer H. Gunnerson*                                         */s/Colleen E. McCarty*
SPENCER H. GUNNERSON (8810)                                       MARK J. CONNOT (10010)
MADISON S. FLORANCE (14229)                                       COLLEEN E. MCCARTY (13186)
3800 Howard Hughes Parkway, 17th Floor                            1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89169                                           Las Vegas, Nevada 89135
(702) 385-6000 Tel                                                (702) 262-6899 Tel
(702) 385-6001 Fax                                                (702) 597-5503 Fax
s.gunnerson@kempjones.com                                         mconnot@foxrothschild.com
m.florance@kempjones.com                                          cmccarty@foxrothschild.com

*Attorneys for Plaintiff Eli Applebaum*                           *Attorneys for Defendant Gerald Barad*

**IT IS SO ORDERED:**

_____
Miranda M. Du, Chief District Judge
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DATED: June 14, 2024